# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

HALIBURTON ENERGY SERVICES,

      *Plaintiff,*

v.

GRANT PRIDECO, INC., REEDHYCALOG
UK, LTD., REEDHYCALOG, LP,
NATIONAL OIL WELL VARCO, LP,

      *Defendants.*

Civil Action No. 4:23-CV-01789

---

**AFFIDAVIT OF HARRY P. SUSMAN IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS**

STATE OF TEXAS          )
                             )
COUNTY OF HARRIS      )

      BEFORE ME, the undersigned authority, on this day appeared Harry P. Susman, who,

being by me first duly sworn deposed and states as follows:

      I, Harry P. Susman, having been first duly sworn hereby depose and state:

      1.      My name is Harry Susman, I am over 18 years of age and am legally competent to

make this affidavit, which is true and correct

      2.      I am a partner at the law firm of Susman Godfrey, L.L.P., and licensed to practice

in the State of Texas. I represent Plaintiffs in the above-captioned action.

      3.      **Exhibit B** to Defendants' Motion to Dismiss is a true and correct copy of the

Reedhycalog-Halliburton Patent Cross-License Agreement. **FILED UNDER SEAL.**

4.      I have reviewed the foregoing affidavit and hereby declare under penalty of perjury that the foregoing is true and correct and within my personal knowledge.


FURTHER AFFIANT SAYETH NOT.

_____
Harry P. Susman


SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, this 7th day of June 2023.

_____
Notary Public in and for the State of Texas

JILL K. MCCRARY
Notary Public, State of Texas
Commission Expires 12-19-2026
Notary ID 1003434-9

2