# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., § § *Plaintiff,* § § v. § § GRANT PRIDECO, INC., REEDHYCALOG § UK, LTD., REEDHYCALOG, LP, NOV § INC., § *Defendants.* § | Civil Action No. 4:23-cv-01789 |

### DECLARATION OF JAMES JOHN LOMEO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, James John Lomeo, declare that:

1. I am an attorney at Kirkland & Ellis LLP, located at 401 Congress Avenue, Suite 2500, Austin, Texas 78701, counsel for Plaintiff Halliburton Energy Services, Inc. in the above-captioned action, and I am duly admitted to practice law in the State of Texas.

2. I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so completely under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of *Ameranth, Inc. v. ChowNow, Inc.*, 2021 WL 3686056 (S.D. Cal. Aug. 19, 2021).

4. Attached hereto as **Exhibit 2** is a true and correct copy of *In re Qualcomm,* 2017 WL 5985598 (S.D. Cal. Nov. 8, 2017).

5. Attached hereto as **Exhibit 3** is a true and correct copy of *Verance Corp. v. Digimarc Corp.*, 2011 WL 2182119 (D. Del. June 2, 2011).

6. Attached hereto as **Exhibit 4** is a true and correct copy of *Levi Strauss & Co. v. Aqua Dynamics Sys., Inc.*, 2016 WL 1365946 (N.D. Cal. Apr. 6, 2016).

7. Attached hereto as **Exhibit 5** is a true and correct copy of *STC.UNM v. Quest Diagnostics Inc.*, 2020 WL 4734899 (D.N.M. Aug. 14, 2020).

8. Attached hereto as **Exhibit 6** is a true and correct copy of *Rembrandt Diagnostics, LP v. Innovacon, Inc.*, 2018 WL 9537931 (S.D. Cal. Mar. 23, 2018).

9. Attached hereto as **Exhibit 7** is a true and correct copy of *Board of Regents University of Texas System v. Mission Pharmacal Co.*, 2006 WL 8436935 (N.D. Tex. June 12, 2006).

10. Attached hereto as **Exhibit 8** is a true and correct copy of *Legacy Separators LLC v. Halliburton Energy Servs. Inc.*, 2015 WL 5093442 (S.D. Tex. Aug. 28, 2015).

11. Attached hereto as **Exhibit 9** is a true and correct copy of March 17, 2008 Form S-4 SEC Filing of National Oilwell Varco, Inc.

12. Attached hereto as **Exhibit 10** is a true and correct copy of news articles and press releases, which are available as of today at the following links:

    a. https://www.law360.com/articles/57725/baker-hughes-reedhycalogreach-100m-settlement
    b. https://investors.nov.com/news-releases/news-releasedetails/reedhycalog-settlement-0
    c. https://investors.nov.com/news-releases/news-releasedetails/reedhycalog-settlement
    d. https://www.rigzone.com/news/oil_gas/a/73775/nov_announces_reedhycalog_settlement/

13. Attached hereto as **Exhibit 11** is a true and correct copy of U.S. Patent No. 6,585,064.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.  This declaration was executed in Austin, Texas on June 28, 2023.

By: <u>*/s/ James John Lomeo*</u>
James John Lomeo
**Kirkland & Ellis LLP**
401 Congress Ave.
Suite 2500
Austin, TX  78701
Tel. (512) 678-9050
