# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:23-cv-01789 |
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NOV INC., | § § § § | |
| *Defendants.* | § | |

## [PROPOSED] ORDER

The Court has considered Defendants' Motion to Dismiss (Dkt. No. 17) and finds that it should be DENIED.

SIGNED at Houston, Texas, on _____ 2023.

_____
HON. ANDREW S. HANEN