IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES,<br><br>    *Plaintiff,*<br><br>v.<br><br>GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NATIONAL OILWELL VARCO, LP,<br><br>    *Defendants.* | Civil Action No. 4:23-CV-01789 |

## AFFIDAVIT OF HARRY P. SUSMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS (DOC. NO. 17)

STATE OF TEXAS                )
                                         )
COUNTY OF HARRIS       )

BEFORE ME, the undersigned authority, on this day appeared Harry P. Susman, who, being by me first duly sworn deposed and states as follows:

I, Harry P. Susman, having been first duly sworn hereby depose and state:

1. My name is Harry Susman. I am over 18 years of age and am legally competent to make this affidavit, which is true and correct

2. I am a partner at the law firm of Susman Godfrey, L.L.P., and licensed to practice in the State of Texas. I represent Plaintiffs in the above-captioned action.

3. **Exhibit M** to Defendants' Reply In Support of Motion to Dismiss (Doc. No. 17) is a true and correct copy of the docket sheet in *Kimble et al v. Marvel Enterprises, Inc.*, Case: 4:08-CV-00372, in the United States District Court for the District of Arizona.

11613849v1/017872

4.  I have reviewed the foregoing affidavit and hereby declare under penalty of perjury that the foregoing is true and correct and within my personal knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
Harry P. Susman

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, this 10th day of July 2023.

_____
Notary Public in and for the State of Texas

> JILL K. MCCRARY
> Notary Public, State of Texas
> Commission Expires 12-19-2026
> Notary ID 1603434-9