# Exhibit 1

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC.,<br> *Plaintiffs,*<br><br>v.<br><br>GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NOV INC.,<br> *Defendants.* | §§§§§§§§§§§§§§§§ Civil Action No. 4:23-cv-01789 |

## SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule (including the dates and descriptions identified in Appendix A) and the Rules of Practice for Patent Cases in the Southern District of Texas will apply in this case:

1. Trial: Estimated time to try: 4 days.

2. Scheduling Conference: August 16, 2023

3. Defendants serve Preliminary Infringement Contentions: August 30, 2023

4. New parties must be joined by: August 30, 2023

5. Deadline to add inequitable conduct allegations without leave of Court: October 11, 2023

6. Parties exchange proposed terms and claim elements for construction: October 25, 2023

7. Parties exchange preliminary claim constructions and extrinsic evidence: November 15, 2023

8. Parties file joint claim construction and prehearing statement: November 1, 2023

9. Deadline to amend pleadings without leave of Court: November 1, 2023

10. Discovery on claim construction issues must be completed by: January 17, 2024

11. Parties submit technology tutorials (optional): January 24, 2024

12. Opening claim construction briefs: February 7, 2024

13. Responsive claim construction briefs: February 21, 2024

14. Reply claim construction briefs: February 28, 2024

15. Parties submit joint claim construction chart: February 28, 2024

16. Claim Construction Hearing: March 6, 2024 at ___.

17. Court's Decision on Claim Construction by: April 17, 2024
    *If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.*

18. Deadline for final infringement contentions and to amend pleadings on infringement claims: May 15, 2024

19. Parties furnish privilege logs: May 22, 2024

20. Deadline for final invalidity contentions and to amend pleadings on invalidity claims: May 29, 2024

21. Fact discovery must be completed by: July 3, 2024
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

22. The party with the burden of proof on an issue shall name experts and furnish expert reports on that issue by: July 17, 2024

23. The party not having the burden of proof on an issue shall name experts and furnish expert reports on that issue by: August 14, 2024

24. Expert discovery must be completed by: September 11, 2024.
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

25. Dispositive and *Daubert* Motions will be filed by: October 9, 2024
    Responses due by: October 30, 2024

26. Non-Dispositive Motions will be filed by: October 9, 2024

********************* The Court will provide these dates. *********************

27. Joint pretrial order and motions *in limine* due:

28. Final Pretrial Conference is set for **1:30 PM** on:

29. Trial is set for **9:00 AM** on:

2

*The case will remain on standby until tried.*

SIGNED at _____, Texas, this _____ day of _____, 2023.

_____
SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE

**Appendix A**

|   | **Date** | **Event** |
|---|----------|-----------|
| 0 | **August 16, 2023** | Scheduling Conference |
| 1 | **August 30, 2023** [2 weeks after Scheduling Conf.] | **PRELIMINARY INFRINGEMENT CONTENTIONS** Comply with P.R. 3-1 and P.R. 3-2. After this date, it is necessary to obtain leave of court to add and/or amend infringement contentions, pursuant to Patent Rule (P.R.) 3-7. **JOIN ADDITIONAL PARTIES OR ADD NEW PATENTS AND/OR CLAIMS** It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court. |
| 2 | **October 11, 2023** [6 weeks after # 1] | **INEQUITABLE CONDUCT ALLEGATIONS** Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations. |

|  | Date | Event |
|---|---|---|
| 3 | **October 25, 2023**<br>[2 weeks after # 2] | **EXCHANGE PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**<br>Comply with P.R. 4-1. |
| 4 | **November 15, 2023**<br>[3 weeks after # 3] | **EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**<br>Comply with P.R. 4-2. |
| 5 | **November 1, 2023**<br>[9 weeks after # 2] | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br>Comply with P.R. 4-3. |
| 6 | **November 1, 2023**<br>[matches # 5] | **AMEND PLEADINGS**<br>It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. |
| 7 | **January 17, 2024**<br>[21 weeks after Scheduling Conf.] | **DISCOVERY DEADLINE ON CLAIM CONSTRUCTION ISSUES**<br>*See* P.R. 4-4. |
| 8 | **January 24, 2024**<br>[1 week after # 7] | **TECHNOLOGY TUTORIAL DEADLINE**<br>Provide Court with technology tutorials (optional). |
| 9 | **February 7, 2024**<br>[3 weeks after # 7] | **OPENING CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(1). |
| 10 | **February 21, 2024**<br>[2 weeks after # 9] | **RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(2). |
| 11 | **February 28, 2024**<br>[1 week after # 10] | **REPLY CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(3). |
| 12 | **February 28, 2024**<br>[1 week *before* *Markman* Hearing] | **JOINT CLAIM CONSTRUCTION CHART**<br>Comply with P.R. 4-5(b) and (c). |

|    | Date | Event |
|----|------|-------|
| 13 | **March 6, 2024**<br>[approx. 15 weeks after # 5] | **CLAIM CONSTRUCTION (*MARKMAN*) HEARING**<br>at _____.m. at the United States District Court, Courtroom _____, _____, Texas. |

|    | Date | Event |
|----|------|-------|
| 14 | **April 17, 2024** [*Markman* ruling within 6 weeks after *Markman* hearing] | **Court's Decision on Claim Construction** (*Markman* Ruling) ***(If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.)*** |
| 15 | **May 15, 2024** [4 weeks after *Markman* Ruling (# 14)] | **DEADLINE FOR FINAL INFRINGEMENT CONTENTIONS AND TO AMEND PLEADINGS ON INFRINGEMENT CLAIMS** NOTE: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final infringement contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 16 | **May 22, 2024** [1 week after # 15] | **PRIVILEGE LOGS/WILLFULNESS** Comply with P.R.3-8 All parties furnish privilege logs by this date. |
| 17 | **May 29, 2024** [2 weeks after # 15] | **DEADLINE FOR FINAL INVALIDITY CONTENTIONS AND TO AMEND PLEADINGS ON INVALIDITY CLAIMS**. NOTE: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final invalidity contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 18 | **July 3, 2024** [5 weeks after #17] | **COMPLETION OF FACT DISCOVERY** Written discovery requests are NOT timely if they are served so close to this deadline that under the Fed. R. Civ. P. the response would not be due until after this deadline. |
| 19 | **July 17, 2024** [7 weeks after # 17] | **DESIGNATION OF EXPERTS AND REQUIRED REPORTS OTHER THAN CLAIM CONSTRUCTION AND ATTORNEYS' FEES** Party with burden of proof ("BOP") on non-construction and fees issues shall comply with Fed. R. Civ. P.26(a)(2)(A-C). |

4

|  | Date | Event |
|---|---|---|
| 20 | **August 14, 2024**<br><br>[4 weeks after # 19] | **DESIGNATION OF RESPONSIVE EXPERTS AND REQUIRED REPORTS**<br>Party not having BOP on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| 21 | **September 11, 2024**<br><br>[4 weeks after # 20] | **COMPLETION OF EXPERT DISCOVERY** |

|    | Date | Event |
|----|------|-------|
| 22 | **October 9, 2024**<br>[4+ weeks after # 21] | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |
| 23 |      | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Fed. R. Civ. P. Rule 26(a)(3), Local Rules and this Court's procedures. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 24 |      | **DOCKET CALL/ FINAL PRETRIAL CONFERENCE**<br>at the United States District Court, Courtroom _____, _____, Texas. |
| 25 |      | **MEDIATION TO BE COMPLETED BY THIS DATE**<br>The parties must select a mediator for this case. The parties and mediator must comply with S.D. TEXAS LOCAL RULE 16. |
| 26 |      | **JURY SELECTION AND TRIAL** commences, subject to Court's criminal docket |

6