# Exhibit 2

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br>     *Plaintiffs*, <br><br> v. <br><br> GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NOV INC., <br>     *Defendants*. | § § § § § § § § § § § § § § § § § Civil Action No. 4:23-cv-01789 |

## SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule will apply in this case:

1. Trial: Estimated time to try: 4 days (jury)

2. Scheduling Conference: August 16, 2023

3. New parties must be joined by: August 11, 2023

4. Deadline to amend pleadings without leave of Court: September 6, 2023

5. Fact discovery must be completed by: May 15, 2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. The party with the burden of proof on an issue shall name experts and furnish expert reports on that issue by: May 31, 2024

7. The party not having the burden of proof on an issue shall name experts and furnish expert reports on that issue by: June 28, 2024

8. Expert discovery must be completed by: July 24, 2024.
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

9. Dispositive and *Daubert* Motions will be filed by: August 21, 2024
   Responses due by: September 11, 2024

10. Non-Dispositive Motions will be filed by: August 21, 2024

********************* The Court will provide these dates. *********************

11. Joint pretrial order and motions *in limine* due:

12. Final Pretrial Conference is set for **1:30 PM** on:

13. Trial is set for **9:00 AM** on:
    *The case will remain on standby until tried.*

  SIGNED at _____, Texas, this _____ day of _____, 2023.

               _____
                  SAM S. SHELDON
             UNITED STATES MAGISTRATE JUDGE