Case 4:23-cv-01789   Document 32   Filed on 08/16/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., §<br>§<br>*Plaintiffs,* §<br>§<br>v. §<br>§<br>§<br>GRANT PRIDECO, INC., REEDHYCALOG §<br>UK, LTD., REEDHYCALOG, LP, NOV §<br>INC., §<br>*Defendants.* §<br>§ | Civil Action No. 4:23-cv-01789 |

# SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule will apply in this case:

1. Trial: Estimated time to try: 4 days (jury)

2. Scheduling Conference: August 16, 2023

3. New parties must be joined by: August 30, 2023

4. Deadline to amend pleadings without leave of Court: September 22, 2023

5. Fact discovery must be completed by: June 7, 2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. The party with the burden of proof on an issue shall name experts and furnish expert reports on that issue by: June 21, 2024

7. The party not having the burden of proof on an issue shall name experts and furnish expert reports on that issue by: July 22, 2024

8. Expert discovery must be completed by: August 16, 2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

9. Dispostive and *Daubert* Motions will be filed by: September 16, 2024
   Responses due by: October 7, 2024

10. Non-Dispositive Motions will be filed by September 16, 2024

********************* The Court will provide these dates. *********************

11. Joint pretrial order and motions *in limine* due: April 7, 2025

12. Final Pretrial Conference is set for **1:30 PM** on: May 5, 2025

13. Trial is set for **9:00 AM** on: May 27, 2025
    *The case will remain on standby until tried.*

SIGNED at __16th__, Texas, this _____ day of __August__, 2023.

_____
SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE