THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br>     *Plaintiff,* <br><br> v. <br><br> GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NOV INC., <br>     *Defendants.* | § § § § § § § § § § § § | Civil Action No. 4:23-cv-01789 |

**JOINT STIPULATION REGARDING DISCOVERY LIMITATIONS AND
JOINT MOTION FOR ENTRY OF DISCOVERY ORDER**

Plaintiff Halliburton Energy Services ("Halliburton") and Defendants Grant Prideco, Inc., ReedHycalog UK, Ltd., ReedHycalog LP, and NOV Inc. ("Defendants") (Halliburton together with Defendants, the "Parties") write to inform the Court that the Parties have resolved the outstanding disputes related to discovery limits previously identified in the Parties' case management plan. Dkt. 29. The Parties stipulate and agree to the following previously disputed discovery limitations:

1. Each Party agrees with the limitations set forth in the the attached E-Discovery Order, including the limitation that the parties be permitted to request up to five (5) e-mail custodians;

2. Each Party will be permitted to propound up to twenty-five (25) interrogatories as set forth in the Federal and Local Rules; and

3. Each Party will be permitted to take up to ten (10) total fact depositions absent stipulation by the Parties for additional depositions as permitted by the Federal Rules or leave of Court.

The Parties respectfully request that the Court enter the proposed order submitted herewith reflecting the Parties' agreements.

| | |
|---|---|
| Dated: September 28, 2023 | Respectfully Submitted |
| */s/ Gregg F. LoCascio* | */s/ Harry P. Susman* |

Gregg F. LoCascio, P.C.
S.D. TX Bar No. 1109276
DC Bar No. 452814
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: gregg.locascio@kirkland.com

Ryan Kane, P.C.
S.D. TX Bar No. 1314513
NY Bar No. 4882551
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Email: ryan.kane@kirkland.com

Chris Ilardi (admitted *pro hac vice*)
NY Bar No. 5403811
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Email: chris.ilardi@kirkland.com

Greg Polins (*pro hac vice* to be filed)
IL Bar No. 6309928
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Email:  greg.polins@kirkland.com

James John Lomeo
S.D. TX Bar No. 3511238
TX Bar No. 24118993
401 Congress Avenue
Austin, Texas 78701
Telephone: (512) 678-9100
Email: james.lomeo@kirkland.com

**Counsel for Plaintiff Halliburton Energy Services, Inc.**

Harry P. Susman
Texas Bar No. 24008875
SDID No. 23067
Telephone: 713.651.9366
hsusman@susmangodfrey.com

Armando Lozano
Texas Bar No. 24120467
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: 713.651.9366
alozano@susmangodfrey.com

**Counsel for Defendants Grant Prideco, Inc., ReedHycalog UK, Ltd., ReedHycalog, LP, NOV Inc..**

## CERTIFICATE OF SERVICE

I certify that on September 28, 2023, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on all registered counsel of record via the Court's PACER/ECF system.

*/s/ Gregg F. LoCascio*

Gregg F. LoCascio, P.C.