United States District Court
Southern District of Texas
**ENTERED**
October 06, 2023
Nathan Ochsner, Clerk

### THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:23-cv-01789 |
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NOV INC., | § § § § | |
| *Defendants.* | § | |

### ORDER GRANTING JOINT STIPULATION REGARDING DISCOVERY LIMITATIONS AND JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

Before the Court is Plaintiff Halliburton Energy Services ("Halliburton") and Defendants Grant Prideco, Inc., ReedHycalog UK, Ltd., ReedHycalog LP, and NOV Inc.'s ("Defendants") (Halliburton together with Defendants, the "Parties") Joint Stipulation Regarding Discovery Limits and Joint Motion for Entry of Discovery Order (the "Stipulation and Motion"). After considering the Stipulation and Motion, and in light of its joint nature, the Court determines that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the following discovery limitations apply in the above-captioned litigation:

1. Each Party will be permitted to propound up to twenty-five (25) interrogatories as set forth in the Federal and Local Rules; and

2. Each Party will be permitted to take up to ten (10) total fact depositions absent stipulation by the Parties for additional depositions as permitted by the Federal Rules or leave of Court.

It is **FURTHER ORDERED** that the E-Discovery Order attached hereto governs in the above-captioned litigation.

SIGNED this 4th day of October, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE