# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> GRANT PRIDECO, INC. REEDHYCALOG, UK, LTD., REEDHYCALOG, LP, NOV INC., <br><br> *Defendants*. | Civil Action No. 4:23-cv-01789 |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Grant Prideco, Inc., ReedHycalog UK, Ltd., ReedHycalog LP, and NOV, Inc. appeal to the United States Court of Appeals for the Federal Circuit from the judgment entered November 25, 2025 (dated November 24, 2025) (Dkt. 341), and all opinions, orders, decisions, and findings merged, underlying, or related thereto, including, but not limited to, the district court's partial summary judgment order entered September 29, 2025 (Dkt. 316), and sealed order entered on November 25, 2025 (dated November 24, 2025) (Dkt. 340).

Dated: December 12, 2025

*Of counsel*

**MCAUGHAN DEAVER PLLC**
Robert J. McAughan, Jr.
Texas Bar No. 00786096
SDTX 16500
Albert B. Deaver, Jr.
Texas Bar No. 05703800
SDTX 11300
MCAUGHAN DEAVER PLLC
550 Westcott, Suite 375

Respectfully Submitted,

*/s/ Harry P. Susman*
**SUSMAN GODFREY L.L.P.**
Harry P. Susman
Texas Bar No. 24008875
SDTX 23067
Abigail C. Noebels
Texas Bar No. 24083578
SDTX 2209468
Armando Lozano
Texas Bar No. 24120467

| | |
|---|---|
| Houston, Texas 77007 | SDTX 3725525 |
| bmcaughan@md-iplaw.com | 1000 Louisiana Street, Suite 5100 |
| Phone: (713) 829-3851 | Houston, Texas 77002 |
| adeaver@md-iplaw.com | 713.651.9366 |
| Phone: (281) 460.2315 | hsusman@susmangodfrey.com |
| | anoebels@susmangodfrey.com |
| | alozano@susmangodfrey.com |

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I certify that on December 12, 2025, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on all registered counsel of record via the Court's PACER ECF system.

*/s/ Harry P. Susman*
Harry P. Susman